**Order filed December 08, 2011**

In The

# Fourteenth Court of Appeals

### NO. 14-10-00630-CV

### RAPID SETTLEMENT, LTD, Appellant
### V.
### SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT FUNDING,
#### Appellee

### On Appeal from the 113th District Court
### Harris County, Texas
### Trial Court Cause No. 2006-23366B

# O R D E R

The clerk's record was filed September 15, 2010. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain amended notice of appeal filed on December 17, 2010.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 19, 2011, containing amended notice of appeal filed December 17, 2010.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM